445 A.2d 221

Commonwealth v. Eller, Appellant.

Petition for Allowance of Appeal Denied Sept. 14, 1982.

Argued June 22, 1981. Christopher M. Patterson, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and DiSALLE, JJ.

Judgment of sentence affirmed.

DiSALLE, J., did not participate in the consideration or decision of this case.